IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTER DIVISION

DAVID LANE MCGLOTHLIN                                                                 PLAINTIFF

v.                      Case No. 4:17-cv-00687-KGB/JTK

TIM RYALS, *et al*.                                                                    DEFENDANTS

## ORDER

The Court has received the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 8). No objections have been filed, and the time for filing objections has passed. After careful review of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Therefore, plaintiff David Lane McGlothlin's claims against defendants Roark and Hurt are dismissed.

So ordered this the 5th day of March, 2018.

_____
Kristine G. Baker
United States District Judge