# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID LANE MCGLOTHLIN**                          **PLAINTIFF**

**v.**                **Case No. 4:17-cv-00687-KGB/JTK**

**TIM RYALS, Sheriff, Faulkner County,** *et al.*              **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 27). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 27). Accordingly, plaintiff David Lane McGlothlin's complaint against defendants is dismissed without prejudice (Dkt. No. 2).

So ordered this 27th day of December, 2018.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge