IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID LANE MCGLOTHLIN                                                                    PLAINTIFF

v.                            Case No. 4:17-cv-00687-KGB/JTK

TIM RYALS, Sheriff, Faulkner County, *et al.*                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff David Lane McGlothlin's complaint is dismissed without prejudice.

So adjudged this 27th day of December, 2018.

_____
Kristine G. Baker
United States District Judge